IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ANDREW PHILLIP MOORE    CIVIL ACTION No
Plaintiff pro se,       1:17-CV-2319-WSD

V

PAPA JOHNS INTERNATIONAL

MOTION FOR DEFAULT JUDGMENT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 03 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Defendant has not responded to the summons within the allotted time (21 Days) Therefore the plaintiff requests a default Judgment be entered against the defendant for the relief demanded in the complaint.

   $10.000 Lost Wages
   $80.000 PUNITIVE DAMAGES
   and costs and fees Involved litigating this case

Andrew Phillip Moore